**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF GEORGIA**

**ALBANYDIVISION**

Filed at 10:25 A.M 9/9, 2014
WLS
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | | |
|---|---|---|
| | [ | |
| RONALD PARTEN, | [ | |
| PLAINTIFF | [ | |
| | [ | |
| | [ | |
| VS | [ | CASE NO: 1:14-CV-134(WLS) |
| | [ | |
| EDGAR PERRY, CORONER | [ | |
| RAYMOND & JEANETTE BITTNER, | [ | |
| JOHN D. CROSBY, TROY LEE BISHOP, JR. | [ | |
| WALTER KELLEY, KEITH DOROUGH, | [ | |
| KELLY RAWLERSON, GARY McCORVY, | [ | |
| DOROTHY I COKER, HERBERT (BUSSEY) | [ | |
| COKER), CHERYL T. BRYAN, | [ | |
| STEVEN L. IVEY, RANDY KENDRICK, | [ | |
| ANDY HESTER, MIKE TAYLOR, | [ | |
| THOMAS STEVE MAULDIN, LINDA | [ | |
| HOUSE, BRINSON BROCK, | [ | |

Charles W. Bob, Julie Ann Saylor, Jeffery [
Saylor, Tony Cravey, [
DEFENDANTS [

**IN THE CONSPIRACY MURDER OF MAUDIE W. PARTEN**

Now comes Ronald Parten, and files this suit on the above mentioned Defendants.

Venue is proper and has jurisdiction of the Middle District Court of Georgia, because of Murder cover up and Conspiracy under the Civil Rico Act of 1964, 18 U.S.C. 1964 C1961. 1962, A,B, C,D,

**1.**

Edgar Perry Coroner, signed a death certi8ficate on November 21st, 1988 that clearly appears on the line Cause of death in which was scribbled through and changed to C.O.P.D. Edgar Perry Coroner and his Brother Paul Perry Deputy Coroner along with Dr. Steve Rigdon in which the document was signed by all three. Paul Perry is now apparently now deceased. To make changes to a Death certificate in this capacity is against the law. When this issue has been tried to be addressed it has and is still being ignored by the Courts.

2.

Documents in the office of the clerk of court have also been changed and back dated

by past clerk Linda T. House . Financing statements were back dated to protect the Community National Bank and the Nesmith's, along with the Agricultural Stabilization, Director who was Mr. Charles Bobo.

3.

Judges have failed to allow hearings on various issues and this is believed to be a violation of Constitutional and Civil Rights. Hearings were requested by filing motions and they were not given the right to be heard and were given the run around in the Court of Law. Judges John D. Crosby and Gary Mc Corvy kept postponing the hearings and they were never given a chance to be heard in Court. Probate Judge Dorothy I Coker appointed Edgar Cravey as Administrator and admitted the she had not received the Remittur from the Superior Court until after the appointment of Edgar Cravey. I filed a writ of Mandamus and she fined me for contempt of Court , in which I had to pay a fine.

4.

Documents were allowed to be restamped and used in a wrongful Foreclosure while my Home was broken into by the Sherriff's Department and Raymond Bittner, while I was away from home. I was followed by two Law cars approximately 7 miles then stopped And searched by two deputies, and my Car was searched without a search warrant. I was detained for approximately 45 minutes only for the Investigator to arrive and inform me that I

could not go to my home, because they were evicting me. If I went to my home I would be arrested. When I arrived at my home Raymond Bittner had people who I had never seen before and the Turner County Sherriff Department surrounded my car with guns and informed me if I got out of the car I would be arrested. All I could do was sit and watch while my furniture was being drug out and piled in grass and weeds, being broken and torn up. They broke into my home and removed my Guns from a locked case confiscating all of them, My son who was a deputy in the adjoining county recovered the Guns by signing a paper. My office and Utility doors were pried off of the hinges in order for them to get in. I had a stack of shipping boxes I used for shipping Pecans to Customers. They used my boxes and destroyed them by throwing them in mud and water with some of my belongings. These boxes are costly and not given away.

5.

I asked the Investigator where the eviction order was at approximately 3:00p.m.and his reply was I do not have one. I will have to go back to town and get one. Around 6:oop.m. He returned and he gave the Order to my youngest son. I was never served. When I had a chance to look at the order I discovered that it was the one in which was active in the Court of Appeals. The Deputy and Clerk Linda House just restamped the order again. Therefore this Order was invalid because the case was active in the Appellate Court.

6.

Raymond Bittner and Jeanette Bittner were fisty loan sharks, and were after what they could get out of people. Raymond Bittner was trying to get my farm from the start. He knew I was sick and had lost my wife and that the Plaintiff was very vulnerable.

Wherefore the Plaintiff demands a Jury Trial. That his Farm and Home be restored in the name of Ronald Parten back to the March of 2007 and that he be paid damages for his Property and for damage to his health and replace all of his Equipment and vehicles along with all Court cost and damages Bittner has done to my home and land. That he be made to pay all profits he has received from the sales of crops from the farm and all government payments he has received on this farm since March of 2007.

Respectfully submitted;

Ronald Parten

Ronald Parten

P.O. Box 26

Sycamore, Georgia 31790

This the 9th day of September 2014.